No. 4923.—Portela, et al., apltes. *v.* Junta Insular de Elecciones y Rodríguez et al., apldos.—C. D. San Juan. Abril 3, 1929. Vista la moción enmendada que antecede sobre desestimación de la presente apelación, con la certificación acompañada a la misma, y apareciendo que la sentencia apelada está basada en un examen y análisis de la prueba presentada en la corte inferior, sin resolver ninguna cuestión de derecho, y no habiendo los apelantes radicado hasta la fecha en la secretaría de este tribunal exposición del caso o transcripción de la evidencia alguna ni gestionado en la corte inferior la preparación o aprobación de tal transcripción: se declara con lugar la referida moción,

y, en su consecuencia, se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan el 11 de marzo de 1929, en el caso arriba expresado.